## Richmond.

LAWSON ET AL. V. BRANSFORD.

(Thirty-seven cases.)

November 13th, 1890.

APPEAL—*Jurisdictional amount.*—The amount involved in each of several cases against the same defendant being less than $500, the jurisdictional amount of this court as fixed by the Constitution of Virginia, the appeals therein must be dismissed.

*W. W. Larkin,* for appellants.

*Attorney-General R. Taylor Scott,* for appellee.

LACY, J., delivered the opinion of the court.

These are appeals from a decree of the corporation court of Lynchburg, rendered on the 27th day of September, 1889. In each case the record shows the amount in controversy is less than the jurisdictional sum of five hundred dollars prescribed for this court by the Constitution of the State, and the Attorney-General moves to dismiss the cases for that cause. The amount in each case is less than sufficient to give this court jurisdiction, and the appeals cannot be united for that purpose, according to an unbroken line of decisions in this court.

*Umbarger* v. *Watts*, 25 Gratt., 25; *Fink* v. *Denny*, 75 Va., 663; *McCarty* v. *Hamaker*, 82 Va., 471. And, the amounts being severally less than the said jurisdictional sum, the said appeals must be dismissed. *Hawkins* v. *Gresham*, 85 Va., 34; *McIntosh* v. *Braden*, 80 Va., 217.

APPEALS DISMISSED.